53507. BROWN v. GEORGIA STATE BANK.

Argued March 2, 1977 — Decided March 11, 1977.

*Barry Staples, David S. Marotte, Duard R. McDonald, Jo Ann Miles,* for appellant.
*Holcomb & McDuff, Michael G. Colquitt, Frank D. Holcomb,* for appellee.

Deen, Presiding Judge.

The appellant concedes that the question on this appeal is whether a secured purchase-money creditor must first foreclose on the secured property and then seek a deficiency or whether he can seek a general judgment on the debt without foreclosing on the security. The appellant argues that the appellee as a secured purchase-money creditor is limited to the procedures of Code Ann. § 67-1503 et seq. and may not elect to proceed under Code § 67-1501. This argument was rejected in *Gentry v. Hibbler-Barnes Co.,* 113 Ga. App. 1, 2 (147 SE2d 31). "A creditor who holds a promissory note secured by a deed is not put to an election of remedies as to whether he shall sue upon the note or exercise a power of sale contained in the deed, but he may do either, or 'pursue both remedies concurrently until the debt is satisfied.'" *Oliver v. Slack,* 192 Ga. 7, 8 (14 SE2d 593) and cits. There is no merit in the enumerations of error.

*Judgment affirmed. Webb and Marshall, JJ., concur.*